IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL AS ADMINISTRATOR OF THE ESTATE OF DELYLE WALTER CHAPPELL, <br><br> Plaintiff, <br><br> v. <br><br> PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC., AND FORUM ENERGY SERVICES, INC. <br><br> Defendants. | C.A. No.: 3:23-cv-00604-RDM |

## NOTICE OF APPEARANCE

Please enter the appearance of Amy L. Barrette and Matthew C. Pilsner of Buchanan Ingersoll & Rooney PC on behalf of Defendants Cabot Oil & Gas Corporation, now known as Coterra Energy Inc. in the above-captioned matter.

Respectfully submitted,

April 19, 2023

/s/Amy L. Barrette
Amy L. Barrette
PA ID No. 87318
amy.barrette@bipc.com

/s/ Matthew C. Pilsner
Matthew C. Pilsner
PA ID No. 314606
matthew.pilsner @bipc.com

Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219

Telephone: 412-562-1626

*Counsel for Defendants Cabot Oil & Gas Corporation, now known as Coterra Energy Inc.*

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed through the Court's CM/ECF system, which sent notification to the following counsel of record:

| | |
|---|---|
| Andrew R. Duffy, Esquire | Ty E. Howard, Esquire |
| Michael A. Budner, Esquire | Bradley Arant Boult Cummings LLP |
| Robert J. Mongeluzzi, Esquire | 1600 Division Street, Suite 700 |
| Saltz Mongeluzzi Barrett & Bendesky, PC | Nashville, TN 37203 |
| 1650 Market Street, 52nd Floor | |
| Philadelphia, PA 19103 | |

                /s/Amy L. Barrette
                Amy L. Barrette
                PA ID No. 87318
                amy.barrette@bipc.com