IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL<br>AS ADMINISTRATOR OF THE<br>ESTATE OF DELYLE WALTER<br>CHAPPELL,<br><br>    Plaintiff,<br><br>v.<br><br>PRECISION DRILLING<br>CORPORATION, PRECISION<br>DRILLING COMPANY, LP, CABOT<br>OIL & GAS CORPORATION,<br>COTERRA ENERGY, INC., FORUM<br>ENERGY TECHNOLOGIES, INC.,<br>AND FORUM ENERGY SERVICES, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.: 3:23-cv-00604-RDM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Amy L. Barrette of Buchanan Ingersoll & Rooney PC on behalf of Defendant Cabot Oil & Gas Corporation, now known as Coterra Energy Inc. in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 19, 2023 | /s/Amy L. Barrette<br>Amy L. Barrette<br>PA ID No. 87318<br>amy.barrette@bipc.com<br><br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, Pennsylvania 15219<br>Telephone:    412-562-1626<br><br>*Counsel for Defendant Cabot Oil & Gas Corporation, now known as Coterra Energy Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed through the Court's CM/ECF system, which sent notification to the following counsel of record:

| | |
|---|---|
| Andrew R. Duffy, Esquire | Ty E. Howard, Esquire |
| Michael A. Budner, Esquire | Bradley Arant Boult Cummings LLP |
| Robert J. Mongeluzzi, Esquire | 1600 Division Street, Suite 700 |
| Saltz Mongeluzzi Barrett & Bendesky, PC | Nashville, TN 37203 |
| 1650 Market Street, 52nd Floor | |
| Philadelphia, PA 19103 | |

/s/Amy L. Barrette
Amy L. Barrette
PA ID No. 87318
amy.barrette@bipc.com