IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTINA CHAPPELL AS ADMINISTRATOR OF THE ESTATE OF DELYLE WALTER CHAPPELL, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No.: 3:23-cv-00604-RDM |
| PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC., AND FORUM ENERGY SERVICES, INC. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Matthew C. Pilsner of Buchanan Ingersoll & Rooney PC on behalf of Defendant Cabot Oil & Gas Corporation, now known as Coterra Energy Inc. in the above-captioned matter.

Respectfully submitted,

April 19, 2023

/s/ Matthew C. Pilsner
Matthew C. Pilsner
PA ID No. 314606
matthew.pilsner@bipc.com

Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone:   412-562-1626

*Counsel for Defendant Cabot Oil & Gas Corporation, now known as Coterra Energy Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed through the Court's CM/ECF system, which sent notification to the following counsel of record:

| | |
|---|---|
| Andrew R. Duffy, Esquire | Ty E. Howard, Esquire |
| Michael A. Budner, Esquire | Bradley Arant Boult Cummings LLP |
| Robert J. Mongeluzzi, Esquire | 1600 Division Street, Suite 700 |
| Saltz Mongeluzzi Barrett & Bendesky, PC | Nashville, TN 37203 |
| 1650 Market Street, 52nd Floor | |
| Philadelphia, PA 19103 | |

/s/ Matthew C. Pilsner
Matthew C. Pilsner
PA ID No. 314606
matthew.pilsner@bipc.com