# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL<br>AS ADMINISTRATOR OF THE<br>ESTATE OF DELYLE WALTER<br>CHAPPELL,<br><br>  Plaintiff,<br><br>v.<br><br>PRECISION DRILLING<br>CORPORATION, PRECISION<br>DRILLING COMPANY, LP, CABOT<br>OIL & GAS CORPORATION,<br>COTERRA ENERGY, INC., FORUM<br>ENERGY TECHNOLOGIES, INC.,<br>AND FORUM ENERGY SERVICES, INC.<br><br>  Defendants. | C.A. No.: 3:23-cv-00604-RDM |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Coterra Energy Inc. and Cabot Oil & Gas Corporation[1], make the following disclosure:

1. Is the party a non-governmental corporate party?

    ✔ YES

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

**There is no such corporation**.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**There is no such corporation.**

---

[1] On October 1, 2021, a wholly owned subsidiary of Cabot Oil & Gas Corporation ("Cabot") completed its merger with and into Cimarex Energy Co., as a result of which Cimarex became a subsidiary of Cabot. That same day, Cabot changed its name to Coterra Energy Inc., which is now the legal entity.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

Date: April 24, 2023

/s/ Amy L. Barrette
Amy L. Barrette
PA ID No. 87318
amy.barrette@bipc.com

Matthew C. Pilsner
PA ID No. 314606
matthew.pilsner_@bipc.com

Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone: 412-562-1626

*Counsel for Defendants Coterra Energy Inc. and Cabot Oil & Gas Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was filed through the Court's CM/ECF system, which sent notification to the following counsel of record:

| | |
|---|---|
| Andrew R. Duffy, Esquire | Ty E. Howard, Esquire |
| Michael A. Budner, Esquire | Bradley Arant Boult Cummings LLP |
| Robert J. Mongeluzzi, Esquire | 1600 Division Street, Suite 700 |
| Saltz Mongeluzzi Barrett & Bendesky, PC | Nashville, TN 37203 |
| 1650 Market Street, 52nd Floor | |
| Philadelphia, PA 19103 | |

/s/Amy L. Barrette
Amy L. Barrette