UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL, as Administrator of the Estate of Delyle Walter Chappell,<br><br>               Plaintiff<br>   v.<br><br>PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC. and FORUM ENERGY SERVICES, INC.,<br><br>               Defendants | CIVIL ACTION<br>NO. 3:23-cv-00604-RDM |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc., in the above-captioned matter.

                                          Respectfully submitted,

                                          **ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER & TODDY, P.C.**

                By:   /s/ *Christopher G. Mavros*
                            Christopher G. Mavros, Esquire
                            Attorney ID: 90343
                            Attorney for Defendants,
                            Forum Energy Technologies, Inc. and
                            Forum Energy Services, Inc
                            One Commerce Square
                            2005 Market Street, 16th Floor
                            Philadelphia, PA 19103
                            cgmavros@zarwin.com
                            (215)569-2800

Date:   June 22, 2023