IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTINA CHAPPELL, <br> AS ADMINISTER OF THE ESTATE <br> OF DELYLE WALTER CHAPPELL, <br><br> *Plaintiff*, <br><br> v. <br><br> PRECISION DRILLING <br> CORPORATION, PRECISION <br> DRILLING COMPANY, LP, <br> CABOT OIL & GAS CORPORATION, <br> COTERRA ENERGY, INC., <br> FORUM ENERGY <br> TECHNOLOGIES, INC., AND FORUM <br> ENERGY SERVICES, INC. <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 3:23-cv-00604-RDM |

## PRECISION DRILLING CORPORATION AND PRECISION DRILLING COMPANY, LP'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Precision Drilling Corporation and Precision Drilling Company, LP file this corporate disclosure statement:

Precision Drilling Corporation is the parent company of Precision Drilling Company LP. Precision Drilling Corporation's shares are publicly traded (NYSE: PDS).

Respectfully submitted,

　/s/ *Ty E. Howard*　
Ty E. Howard (PA Bar No. 86603)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, Tennessee 37203
615.252.2376
thoward@bradley.com

Jeffrey S. Davis (Admitted Pro Hac Vice)
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
713.576-0370
jsdavis@bradley.com

ATTORNEYS FOR PRECISION
DRILLING CORPORATION AND
PRECISION DRILLING COMPANY, LP

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2023, I filed the foregoing through the Court's CM/ECF filing program and email.

　/s/ *Ty E. Howard*　
Ty Howard