**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUSTINA CHAPPELL, as Administrator of the Estate of Delyle Walter Chappell,<br><br>                 Plaintiff<br>   v.<br><br>PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC. and FORUM ENERGY SERVICES, INC.,<br><br>                 Defendants | **CIVIL ACTION**<br>**NO.  3:23-cv-00604-RDM** |

## FORUM ENERGY SERVICES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Forum Energy Services, Inc.,

files this corporate disclosure statement:


1.      Is the party a non-governmental corporate party?  __**X**__ Yes  _____ No


2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

**Forum US, Inc.**


3.      If the answer to Number 1 is "yes," list below any publicly held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**Forum Energy Technologies, Inc. is publicly held and owns 100% of FET Holdings, LLC. FET Holdings, LLC owns 100% of Forum US, Inc.**

Respectfully submitted,

**ZARWIN, BAUM, DeVITO, KAPLAN,
SCHAER & TODDY, P.C.**

By:   /s/ *Christopher G. Mavros*
       Christopher G. Mavros, Esquire
       Attorney ID: 90343
       Attorney for Defendants,
       Forum Energy Technologies, Inc. and Forum
       Energy Services, Inc
       One Commerce Square
       2005 Market Street, 16th Floor
       Philadelphia, PA 19103
       cgmavros@zarwin.com
       (215)569-2800

Date:  July 24, 2023

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

JUSTINA CHAPPELL, as Administrator of the
Estate of Delyle Walter Chappell,

                              Plaintiff

v.

PRECISION DRILLING CORPORATION,
PRECISION DRILLING COMPANY, LP,
CABOT OIL & GAS CORPORATION,
COTERRA ENERGY, INC., FORUM
ENERGY TECHNOLOGIES, INC. and
FORUM ENERGY SERVICES, INC.,

                              Defendants

**CIVIL ACTION
NO.  3:23-cv-00604-RDM**

## FORUM ENERGY TECHNOLOGIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Forum Energy

Technologies, Inc., files this corporate disclosure statement:

1.      Is the party a non-governmental corporate party?  __**X**__ Yes  _____ No


2.      If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

        **None.**


3.      If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

        **None.**

Respectfully submitted,

**ZARWIN, BAUM, DeVITO, KAPLAN,**
**SCHAER & TODDY, P.C.**

By: /s/ *Christopher G. Mavros*
Christopher G. Mavros, Esquire
Attorney ID: 90343
Attorney for Defendants,
Forum Energy Technologies, Inc. and
Forum Energy Services, Inc
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103
cgmavros@zarwin.com
(215)569-2800

Date: July 24, 2023