# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL, as Administrator of the Estate of Delyle Walter Chappell,<br><br>        Plaintiff<br>v.<br><br>PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC. and FORUM ENERGY SERVICES, INC.,<br><br>        Defendants | CIVIL ACTION<br>NO. 3:23-cv-00604-RDM |

## STIPULATION TO STRIKE ALLEGATIONS OF RECKLESSNESS AND PUNITIVE DAMAGES

It is hereby stipulated, by and between the undersigned counsel, that all allegations of recklessness and punitive damages in Plaintiffs' Complaint are hereby stricken, without prejudice. Should discovery reveal reckless conduct and/or that punitive damages are warranted, nothing in this Stipulation shall preclude plaintiff from moving this Honorable Court for reinstatement of the same.

| | |
|---|---|
| **SALTZ MONGELUZZI & BENDESKY, P.C.** | **ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER, TODDY, P.C.** |
| /s/ *Michael A. Budner, Esq.* | /s/ *Christopher G. Mavros, Esq.* |
| Michael A. Budner, Esquire<br>*Attorney for Plaintiffs* | Christopher G. Mavros, Esquire<br>*Attorney for Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc.* |
| Date: 7/26/2023 | Date: 7/26/2023 |