# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL, as Administrator of the Estate of Delyle Walter Chappell,<br><br>Paintiff,<br><br>v.<br><br>PRECISION DRILLING CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:23-CV-00604<br>(JUDGE MARIANI) |

## ORDER

AND NOW, THIS 28th DAY OF JULY 2023, upon consideration of the Stipulation to Strike Allegations of Recklessness and Punitive Damages (Doc. 18), **IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **ACCEPTED**;

2. All allegations of recklessness and punitive damages in Plaintiff's Complaint (Doc. 1-1 at 4-29) are **STRICKEN WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge