# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTINA CHAPPELL, AS ADMINISTER OF THE ESTATE OF DELYLE WALTER CHAPPEL,** | **CIVIL ACTION** |
| | **C.A. No. 3:23-cv-00604-RDM** |
| *Plaintiff,* | |
| **v.** | |
| | **AFFIDAVIT OF SERVICE** |
| **PRECISION DRILLING CORPORATION,** *et al.* | |
| *Defendants.* | |

## AFFIDAVIT OF SERVICE

Defendants Forum Energy Services Inc. and Forum Energy Technologies, Inc – were served a copy of Plaintiff's Complaint on May 31, 2023 and July 12, 2023 respectively. *See* Ex. A.


**SALTZ MONGELUZZI BENDESKY**

BY:___*/s/ Michael. A. Budner*___
     ROBERT J. MONGELUZZI
     ANDREW R. DUFFY
     MICHAEL A. BUDNER

## CERTIFICATE OF SERVICE

I certify that the above was submitted to all counsel via electronic filing on August 3, 2023.


**SALTZ MONGELUZZI BENDESKY**

BY:   */s/ Michael A. Budner*
      ROBERT J. MONGELUZZI
      ANDREW R. DUFFY
      MICHAEL A. BUDNER