

May 31, 2023

Dear Customer,

# EXHIBIT A

The following is the proof-of-delivery for tracking number: 772292749704

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | V.DUNKLIN | **Delivery Location:** | 10344 SAM HOUSTON PARK DR |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | HOUSTON, TX, 77064 |
| | | **Delivery date:** | May 31, 2023 11:14 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772292749704 | **Ship Date:** | May 30, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Legal Department, Forum Energy Services Inc.
10344 Sam Houston Park Drive
Ste 300
HOUSTON, TX, US, 77064

**Shipper:**
Michelle Rubinson, Paralegal, SALTZ MONGELUZZI & BENDESKY
1650 Market Street, 1 Liberty Place
Floor 52
PHILADELPHIA, PA, US, 19103

**Reference**  chappell 2021 679



Thank you for choosing FedEx