

August 03, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 77229272 8040

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | R.DUNKLIN | **Delivery Location:** | 10344 SAM HOUSTON PARK DR |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | HOUSTON, TX, 77064 |
| | | **Delivery date:** | Jul 12, 2023 09:50 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 77229272 8040 | **Ship Date:** | May 30, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Legal Department, Forum Energy Technologies Inc.
10344 Sam Houston Park Drive
Ste 300
HOUSTON, TX, US, 77064

**Shipper:**
Michelle Rubinson, Paralegal, SALTZ MONGELUZZI & BENDESKY
1650 Market Street, 1 Liberty Place
Floor 52
PHILADELPHIA, PA, US, 19103

**Reference**  chappell 2021 679



Thank you for choosing FedEx