

| DELAWARE COUNTY OFFICE | ONE LIBERTY PLACE, 52ND FLOOR | NEW JERSEY OFFICE |
|---|---|---|
| 20 WEST THIRD STREET | 1650 MARKET STREET | 8000 SAGEMORE DRIVE |
| P.O. BOX 1670 | PHILADELPHIA, PA 19103 | SUITE 8303 |
| MEDIA, PA 19063 | VOICE 215.496.8282 | MARLTON, NJ 08053 |
| VOICE 610.627.9777 | FAX 215.496.0999 | VOICE 856.751.8383 |
| FAX 610.627.9787 | | FAX 856.751.0868 |

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

MICHAEL A BUDNER
DIRECT LINE: (215) 575-3875 WORK
MBUDNER@SMBB.COM

**August 3, 2023**

Honorable Judge Robert D. Mariani
United States District Court - Middle District of Pennsylvania
Chambers
*via electronic filing*

> ***Re: Justina Chappell, as administer of the Estate of Delyle Walter Chappell v. Precision Drilling Corporation, et al. 3:23-cv-00604-RDM***

Your Honor:

    Please allow this letter to serve as a status report as to the service of all defendants in the above captioned matter.

    Defendants Coterra Energy Inc, f/k/a Cabot Oil and Gas; Cabot Oil and Gas Corporation; Precision Drilling Corporation and Precision Drilling LP were all served time stamped copies of Plaintiff's complaint in the prior matter: Chappell v. Precision Drilling et al, Court of Common Pleas, Lackawanna County March term 2023-1110T.

    Defendants Forum Energy Services Inc. and Forum Energy Technologies Inc. were served time stamped copies of Plaintiff's complaint in the instant matter on May 31, 2023 and July 12,2023 respectively..

    Therefore, all Defendants have been served and all Defendants have Counsel that has entered an appearance in the instant matter.

    Thank you in advance for your Honor's attention to this matter.

        Respectfully submitted,

        SALTZ MONGELUZZI BENDESKY


        <u>/s/ Michael A. Budner</u>
        MICHAEL A BUDNER

MAB
mdr