# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL AS ADMINISTRATOR OF THE ESTATE OF DELYLE WALTER CHAPPELL, <br><br> Plaintiff, <br><br> v. <br><br> PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC., AND FORUM ENERGY SERVICES, INC. <br><br> Defendants. | C.A. No.: 3:23-cv-00604-RDM |

## CABOT OIL & GAS CORPORATION AND COTERRA ENERGY INC.'S ANSWER TO FORUM ENERGY TECHNOLOGIES, INC. AND FORUM ENERGY SERVICES, INC.'S CROSSCLAIMS

Defendants Cabot Oil & Gas Corporation and Coterra Energy Inc. (collectively, "Coterra"), by and through their undersigned counsel, Buchanan Ingersoll & Rooney PC, hereby file an Answer to Forum Energy Technologies, Inc. and Forum Energy Services, Inc.'s Crossclaims against Coterra ("Crossclaims"). Unless specifically admitted, each allegation in the Crossclaims is denied.

1. The allegations in Paragraph 1 of the Crossclaims constitute legal conclusions to which no response is required. To the extent a response is required, those allegations are denied.

2. Paragraph 2 of the Crossclaims is a statement of incorporation to which no response is required. To the extent a response is required, Coterra incorporates its responses to the Paragraphs in Plaintiffs' Complaint referenced in Paragraph 2 of the Crossclaims.

3. The allegations in Paragraph 3 of the Crossclaims constitute legal conclusions to which no response is required. To the extent a response is required, those allegations are denied.

WHEREFORE, Coterra respectfully requests dismissal of the Crossclaims against Coterra, a judgment in its favor, and any other relief that the Court deems just and proper.

Respectfully submitted,

August 7, 2023

/s/Amy L. Barrette
Amy L. Barrette
PA ID No. 87318
amy.barrette@bipc.com
Matthew C. Pilsner
PA ID No. 314606
matthew.pilsner@bipc.com

Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone: 412-562-1626/3921

Counsel for Defendants *Cabot Oil & Gas Corporation and Coterra Energy Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2023, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will constitute service on all counsel of record.

                                                /s/Amy L. Barrette