IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTINA CHAPPELL, AS ADMINISTER OF THE ESTATE OF DELYLE WALTER CHAPPELL, ) ) ) ) | | |
| *Plaintiff*, ) ) | | |
| v. ) ) | C.A. No. 3:23-cv-00604-RDM | |
| PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC., AND FORUM ENERGY SERVICES, INC. ) ) ) ) ) ) ) ) ) | | |
| *Defendants*. ) | | |

## PRECISION DRILLING CORPORATION AND PRECISION DRILLING COMPANY, LP'S ANSWER TO FORUM ENERGY TECHNOLOGIES, INC. AND FORUM ENERGY SERVICES, INC.'S CROSSCLAIMS

Defendants Precision Drilling Corporation and Precision Drilling Company, LP (collectively, "Precision"), by and through their undersigned counsel; Bradley Arant Boult Cummings, LLP, hereby file an Answer to Forum Energy Technologies, Inc. and Forum Energy Services, Inc.'s Cross

1

claims against Precision ("Crossclaims"). Unless specifically admitted, each allegation in the Crossclaims is denied.

1. The allegations on Paragraph 1 of the Crossclaims constitute legal conclusions to which no response is required. To the extent a response is required, those allegations are denied.

2. Paragraph 2 of the Crossclaims is a statement of incorporation to which no response is required. To the extent a response is required, Precision incorporate its responses to the Paragraphs in Plaintiffs' Complaint referenced in Paragraph 2 of the Crossclaims.

3. The allegations in Paragraph 3 of the Crossclaims constitute legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

WHEREFORE, Precision respectfully requests dismissal of the Crossclaims against Precision, a judgment in its favor, and any other relief that the court deems just and proper.

Respectfully submitted,

   */s/ Jeffrey S. Davis*
Jeffrey S. Davis, Pro Hac Vice
Bradley Arant Boult Cummings LLP
600 Travis St., Suite 5600
Houston, Texas 77002
713-576-0300
713-576-0301 (Fax)
jsdavis@bradley.com


Ty E. Howard (PA Bar No. 86603)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, Tennessee 37203
615.252.2376
thoward@bradley.com

## **CERTIFICATE OF SERVICE**

I certify that on August 21, 2023, I filed the foregoing through the Court's CM/ECF filing program.

   */s/ Jeffrey S. Davis*
   Jeffrey S. Davis