

# SALTZ MONGELUZZI BENDESKY
## TRIAL LAWYERS

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

MICHAEL A BUDNER
DIRECT LINE: (215) 575-3875 WORK
MBUDNER@SMBB.COM

**April 10, 2024**

*Via electronic filing*
Honorable Julia K Munley
U..S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA 18503

***Re: Justina Chappell, as administer of the Estate of Delyle Walter Chappell v. Precision Drilling Corporation, et al. 3:23 cv 00604***

Judge Munley:

  This office represents Plaintiff Justina Chappell, in the above matter now pending before Your Honor  Please allow this letter to respectfully request that a Rule 16 conference be scheduled, pursuant to Rule 16(a-b) and  26(f) so that the parties may convene with Your Honor to create an efficient discovery plan.

  Thank you for Your Honor's consideration of this request.


  Respectfully submitted,

  SALTZ MONGELUZZI BENDESKY


  \s\ Michael A. Budner
  MICHAEL A BUDNER


MAB/mdr