# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL <br> AS ADMINISTRATOR OF THE <br> ESTATE OF DELYLE WALTER <br> CHAPPELL, <br><br>     Plaintiff, <br><br> v. <br><br> PRECISION DRILLING CORPORATION, <br> PRECISION DRILLING COMPANY, LP, <br> CABOT OIL & GAS CORPORATION, <br> COTERRA ENERGY, INC., FORUM <br> ENERGY TECHNOLOGIES, INC., AND <br> FORUM ENERGY SERVICES, INC. <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No.: 3:23-cv-00604-JKM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AGREEMENT AS AN ORDER

AND NOW, comes the Defendants Coterra Energy Inc., formerly known Cabot Oil & Gas Corporation,[1] (hereinafter "Coterra"), Precision Drilling Corporation, Precision Drilling Company, LP, Forum Energy Technologies, Inc., Forum Energy Services, Inc. and Plaintiff, Justina Chappell as Administrator of the Estate of DeLyle Walter Chappell by and through their undersigned counsel and hereby request that the Court enter the Confidentiality Agreement attached hereto as Exhibit A as an Order of Court.

Respectfully submitted,

Date: April 16, 2024

_____
Amy L. Barrette
PA ID No. 87318
amy.barrette@bipc.com

---

[1] On October 1, 2021, a wholly owned subsidiary of Cabot Oil & Gas Corporation ("Cabot") completed its merger with and into Cimarex Energy Co., as a result of which Cimarex became a subsidiary of Cabot. That same day, Cabot changed its name to Coterra Energy Inc., which is now the legal entity.

Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone: 412-562-1626/3921

Counsel for Defendants *Cabot Oil & Gas Corporation and Coterra Energy Inc.*


  /s/ Michael Budner
Michael Budner, Esquire
mbudner@smbb.com

*Attorney for Plaintiff, Justina Chappell, as the Administrator of the Estate of DeLyle Walter Chappell*


  /s/ Jeffrey Stewart Davis
Jeffrey Stewart Davis, Esquire
jsdavis@bradley.com

*Attorney for Defendants, Precision Drilling Company, LP and Precision Drilling Corporation*


  /s/ Christopher G. Mavros
Christopher G. Mavros
cgmavros@zarwin.com

*Attorney for Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which sent notification to the following counsel of record:

Andrew R Duffy, Esquire
Michael A. Budner, Esquire
Robert J. Mongeluzzi, Esquire
Saltz Mongeluzzi Barrett & Bendesky, PC
One Liberty Place
1650 Market Street, 52ND Floor
Philadelphia, PA 19103
aduffy@smbb.com
mbudner@smbb.com
rjmongeluzzi@smbb.com

*Counsel for Plaintiff, Justina Chappell*

Christopher G. Mavros
Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
2005 Market Street
16th Floor
Philadelphia, PA 19103
cgmavros@zarwin.com

*Counsel for Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc.*

Jeffrey Stewart Davis, Esquire
Ty E. Howard, Esquire
Bradley Arant Boult Cummings
600 Travis Street, Suite 5600
Houston, TX 77002
jsdavis@bradley.com
thoward@bradley.com

*Counsel for Defendant, Precision Drilling Company, LP and Precision Drilling Corporation*

_____
Amy L. Barrette