IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL as Administer of the ESTATE OF DELYLE WALTER CHAPPELL, Deceased,<br>        Plaintiff<br><br>v.<br><br>PRECISION DRILLING CORPORATION; PRECISION DRILLING COMPANY, LP; CABOT OIL & GAS CORPORATION; COTERRA ENERGY, INC. f/k/a CABOT OIL & GAS CORPORATION; and FORUM ENERGY TECHNOLOGIES,<br>        Defendants | No. 3:23cv604<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 3rd day of June 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Precision Drilling Corporation's motion to dismiss for lack of personal jurisdiction filed pursuant to Federal Rule of Civil Procedure 12(b)(2), (Doc. 3) is **DISMISSED** without prejudice to the defendant's ability to refile following a period of jurisdictional discovery; and

2) By way of separate order, the court will schedule this matter for a case management conference to set appropriate limits on the scope of

jurisdictional discovery and a deadline for jurisdictional discovery to be completed.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court