**UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUSTINA CHAPPELL, <br> AS ADMINISTRATOR OF THE <br> ESTATE OF DELYLE WALTER <br> CHAPPELL, <br><br> Plaintiff, <br><br> v. <br><br> PRECISION DRILLING CORPORATION, <br> PRECISION DRILLING COMPANY, LP, <br> CABOT OIL & GAS CORPORATION, <br> COTERRA ENERGY, INC., FORUM <br> ENERGY TECHNOLOGIES, INC., AND <br> FORUM ENERGY SERVICES, INC. <br><br> Defendants. | C.A. No.: 3:23-cv-00604-JKM |

**DEFENDANT COTERRA ENERGY INC.'S**
**UNOPPOSED MOTION TO AMEND CAPTION**

Defendant Coterra Energy Inc., by and through its undersigned counsel, Buchanan Ingersoll & Rooney PC, hereby moves to amend the case caption to reflect the correct party names and in support, states as follows:

1. October 1, 2021, a wholly owned subsidiary of Cabot Oil & Gas Corporation ("Cabot") completed its merger with and into Cimarex Energy Co., as a result of which Cimarex became a subsidiary of Cabot.

2. That same day, Cabot changed its name to Coterra Energy Inc., which is now the legal entity.

3. Cabot Oil & Gas Corporation no longer exists as a legal entity.

4. Coterra therefore moves for leave to amend the caption as follows:

| | | |
|---|---|---|
| JUSTINA CHAPPELL, <br> AS ADMINISTRATOR OF THE <br> ESTATE OF DELYLE WALTER <br> CHAPPELL, <br>     Plaintiff, <br> v. <br> PRECISION DRILLING CORPORATION, <br> PRECISION DRILLING COMPANY, LP, <br> COTERRA ENERGY INC., F/K/A <br> CABOT OIL & GAS CORPORATION, <br> FORUM ENERGY TECHNOLOGIES, <br> INC., AND FORUM ENERGY <br> SERVICES, INC. <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.: 3:23-cv-00604-JKM |

5. All parties consent to the requested relief.

Respectfully submitted,

Date: June 14, 2024

*/s/ Amy L. Barrette*
Amy L. Barrette
PA ID No. 87318
amy.barrette@bipc.com
Matthew C. Pilsner
PA ID No. 314606
matthew.pilsner@bipc.com

Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone: 412-562-1626/3921

Counsel for Defendants *Cabot Oil & Gas Corporation and Coterra Energy Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2024, a true and correct copy of Defendant Coterra Energy Inc.'s Unopposed Motion to Amend Caption, was served on the following counsel of record:

| | |
|---|---|
| Andrew R Duffy, Esquire<br>Michael A. Budner, Esquire<br>Robert J. Mongeluzzi, Esquire<br>Saltz Mongeluzzi Barrett & Bendesky, PC<br>One Liberty Place<br>1650 Market Street, 52ND Floor<br>Philadelphia, PA 19103<br>aduffy@smbb.com<br>mbudner@smbb.com<br>rjmongeluzzi@smbb.com<br><br>*Counsel for Plaintiff, Justina Chappell* | Jeffrey Stewart Davis, Esquire<br>Ty E. Howard, Esquire<br>Bradley Arant Boult Cummings<br>600 Travis Street, Suite 5600<br>Houston, TX 77002<br>jsdavis@bradley.com<br>thoward@bradley.com<br><br>*Counsel for Defendants, Precision Drilling Corporation, Precision Drilling Company, LP* |

Christopher G. Mavros
Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
1818 Market Street
13th Floor
Philadelphia, PA 19103
cgmavros@zarwin.com

*Counsel for Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc.*

                                                                                                               */s/ Amy L. Barrette*
                                                                                                                         Amy L. Barrette