# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTINA CHAPPELL as | : | No. 3:23cv604 |
| Administer of the ESTATE OF | : | |
| DELYLE WALTER CHAPPELL, | : | (Judge Munley) |
| Deceased, | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| PRECISION DRILLING | : | |
| CORPORATION; PRECISION | : | |
| DRILLING COMPANY, LP; | : | |
| COTERRA ENERGY, INC. f/k/a | : | |
| CABOT OIL & GAS CORPORATION; | : | |
| and FORUM ENERGY | : | |
| TECHNOLOGIES, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this _____ day of June 2024, upon consideration of

Defendant Coterra Energy Inc.'s unopposed motion to amend caption, it is

hereby **ORDERED** that:

1) Defendant's motion (Doc. 32) is **GRANTED**;

2) The caption in this matter is amended as reflected above.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court