**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT   :           3:23CV604

## PETITION

I, <u>Andrew W. Bell</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

600 Travis St.

Suite 5600

Houston, Texas 77002

Office Telephone:     (713) 576-0370

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Texas 05-01-2017; S.D. Tex. 10/10/2017; W.D. Tex. 04/17/2024; N.D. Tex. 06/06/2019

My attorney Identification number is:     TX Bar No. 24086538

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

  X    SPECIAL ADMISSION:

GRANTED BY THE COURT   s/Julia K. Munley     Date: 9/12/2024