**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :     3:23CV604

## PETITION

I, **Max H. Dehon**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: Saltz Mongeluzzi Bendesky P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA

Office Telephone: 215-854-2533

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania (2023)

New Jersey (2024)

E.D. Pa. (2023)

My attorney Identification number is: 334148

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/Julia K. Munley     Date: 1/17/25