# EXHIBIT 6

**From:** Amy L. Barrette
**Sent:** Wednesday, January 8, 2025 11:14 AM
**To:** Christopher G. Mavros <cgmavros@zarwin.com>; Jessica Riddle <jriddle@zarwin.com>
**Cc:** Amy L. Barrette <amy.barrette@bipc.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

Mr. Watts is no longer a drill site supervisor as Coterra has no drilling going on in the Marcellus currently.  His last known address is 913 Marshbrook Rd
Factoryville, PA 18419.

Amy

**Amy Barrette**
**Shareholder**

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 1626 (o)
amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Christopher G. Mavros <cgmavros@zarwin.com>
**Sent:** Friday, January 3, 2025 10:44 AM
**To:** Amy L. Barrette <amy.barrette@bipc.com>; Jessica Riddle <jriddle@zarwin.com>
**Cc:** Christopher G. Mavros <cgmavros@zarwin.com>
**Subject:** Re: Chappell v Precision Forum's request for deposition dates in December 2024

Amy, considering the discovery deadline and that the deadline won't be extended, we will take the date and let everyone know.

I also would like to depose Craig Watts, please let me know if you can produce him or if he is no longer within your control, please provide his last known contact information.

Thanks,
Chris



**Christopher G. Mavros , Esq.**

One Commerce Square
2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042
Main Number: 215-569-2800

Direct Dial: 267-765-7341

Direct Fax: 267-765-0346

Email: cgmavros@zarwin.com



## Click here to visit our COVID-19 Resource Center

In order to keep our attorneys and staff safe during the COVID-19 crisis and further to comply with various orders or suggestions from governmental authorities as to remaining closed during that time, Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy has closed all of our offices. Because all attorneys and staff are working remotely, with respect to all of our client matters, including, but not limited to, any litigation matters, we expect to send all documents (including correspondence, pleadings, and discovery) via e-mail until further notice. Because we may not receive regular mail or other deliveries during this period of time, please e-mail copies of anything you send by regular mail or by overnight or other delivery. Kindly send all e-served and all other documents in your matter or case to the e-mail addresses for any Zarwin Baum attorney who is representing you in your matter or case, or who has communicated with you by e-mail in your matter or case. We appreciate your cooperation in this regard.

THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

**From:** Amy L. Barrette <amy.barrette@bipc.com>
**Sent:** Thursday, January 2, 2025 5:38 PM
**To:** Jessica Riddle <jriddle@zarwin.com>
**Cc:** Christopher G. Mavros <cgmavros@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

> **Caution:** This email originated from outside of the Zarwin email system. Do not click on links or open attachments unless you were expecting this email.

Hi Jessica,

Have you confirmed that all other counsel are available on the 28th for Mr. Webster? Please send us a deposition notice if you have.

thanks

**Amy Barrette**

**Shareholder**

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Jessica Riddle <jriddle@zarwin.com>
**Sent:** Monday, December 16, 2024 2:14 PM
**To:** Amy L. Barrette <amy.barrette@bipc.com>; Davis, Jeff <jsdavis@bradley.com>; Budner, Michael <MBudner@smbb.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>; Christopher G. Mavros <cgmavros@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

January 28th works, please hold that date for his deposition. Chris is also available on February 4th to 7th & 10th to the 14th.

Thank you!



**Jessica Riddle, Paralegal**

One Commerce Square
2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042
Direct Dial:
215.569.2800 |
Email: jriddle@zarwin.com





Your Trusted Partner
Professional    Dedicated    Experienced

THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

**From:** Amy L. Barrette <amy.barrette@bipc.com>
**Sent:** Monday, December 16, 2024 2:03 PM
**To:** Jessica Riddle <jriddle@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Budner, Michael <MBudner@smbb.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty

<thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>; Christopher G. Mavros <cgmavros@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024
**Importance:** High

**Caution:** This email originated from outside of the Zarwin email system. Do not click on links or open attachments unless you were expecting this email.

Chris,

Brody Webster is available for his deposition on January 28, 2025. Please let me know as soon as possible whether you plan to proceed on that day. For the remainder of the depositions, I am available to participate on the following dates: January 30, February 3-7, Feb 17-21, and Feb 24-28.

**Amy Barrette**

**Shareholder**

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Jessica Riddle <jriddle@zarwin.com>

**Sent:** Monday, December 16, 2024 11:14 AM
**To:** Davis, Jeff <jsdavis@bradley.com>; Amy L. Barrette <amy.barrette@bipc.com>; Budner, Michael <MBudner@smbb.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>; Christopher G. Mavros <cgmavros@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024


Good Morning,


We would like to schedule the deposition of Brody Webster, Bob Goodwin, Troy Holliday, Matt Wallace, Magella Mainguy, Kingsley Menifee, Jeremi Wagner, Bailey Jeffords, Mark Bennett, Joseph Fox, and Justin Guthrie. Please provide availability for late January & February.


Thank you!



**Jessica Riddle, Paralegal**

One Commerce Square
2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042
Direct Dial:
215.569.2800
Email: jriddle@zarwin.com





Your Trusted Partner
Professional   Dedicated   Experienced

THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

**From:** Davis, Jeff <jsdavis@bradley.com>
**Sent:** Friday, November 8, 2024 10:25 AM
**To:** Amy L. Barrette <amy.barrette@bipc.com>; Budner, Michael <MBudner@smbb.com>; Christopher G. Mavros <cgmavros@zarwin.com>; Jessica Agger <jagger@zarwin.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

---

**Caution:** This email originated from outside of the Zarwin email system. Do not click on links or open attachments unless you were expecting this email.

---

If it is the 23rd, then I am fine with that.

**Jeff Davis**
Partner | Bradley
jsdavis@bradley.com
d: 713.576.0370

---

**From:** Amy L. Barrette <amy.barrette@bipc.com>
**Sent:** Friday, November 8, 2024 9:10 AM
**To:** Budner, Michael <MBudner@smbb.com>; Davis, Jeff <jsdavis@bradley.com>; Christopher G. Mavros <cgmavros@zarwin.com>; Jessica Agger <jagger@zarwin.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024
**Importance:** High

Jeff,

I haven't received a response from you on the dates proposed below for Mr. Brown. The start time will have to be 3:35 Central time.

Thanks

**Amy Barrette**

**Shareholder**

(she/her)

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Amy L. Barrette <amy.barrette@bipc.com>
**Sent:** Tuesday, November 5, 2024 12:26 PM
**To:** Budner, Michael <MBudner@smbb.com>; Davis, Jeff <jsdavis@bradley.com>; Christopher G. Mavros <cgmavros@zarwin.com>; Jessica Agger <jagger@zarwin.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>; Amy L. Barrette <amy.barrette@bipc.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

Given counsels' schedule conflicts, we will not be able to proceed with Mr. Estes' deposition in December.   Do any of you want to proceed with Mr. Brown's deposition the week of the 23rd or
th

30  if he is available?  I do not want to waste time trying to schedule him during that time if counsel is not available.  I also want to eliminate any future suggestion that Coterra delayed depositions.

**Amy Barrette**

**Shareholder**

(she/her)

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Budner, Michael <MBudner@smbb.com>
**Sent:** Tuesday, November 5, 2024 11:10 AM
**To:** Davis, Jeff <jsdavis@bradley.com>; Amy L. Barrette <amy.barrette@bipc.com>; Christopher G. Mavros <cgmavros@zarwin.com>; Jessica Agger <jagger@zarwin.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

I also have a trial that is scheduled to start on 12/9. It's NJ, so it's technically just a listing, but it's our 9th or 10th listing, so I'm fairly certain that will go, which means I would be unavailable the weeks of 12/9 and 12/16.

**Michael Budner**

Partner



One Liberty Place, 1650 Market Street, 52nd Floor

Philadelphia, PA 19103

+1 215.575.3875 (office) | +1 215.380.9312 (cell)

mbudner@smbb.com | www.smbb.com

**From:** Davis, Jeff <jsdavis@bradley.com>
**Sent:** Tuesday, November 5, 2024 11:07 AM
**To:** Amy L. Barrette <amy.barrette@bipc.com>; Christopher G. Mavros <cgmavros@zarwin.com>; Budner, Michael <MBudner@smbb.com>; Jessica Agger <jagger@zarwin.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

**CAUTION: This message originated outside of the SMBB.com email system. Do not click on links or open attachments unless you were expecting this email.**

All:

My trial that was set for 12/2 has been moved to  the week of 12/9, which will likely go the full week and would jeopardize proceeding on 12/12 and 12/13.

We have already mediated the case with no success and we are No. 1 on the docket.

Given the vagaries of trial, I don't have a problem noticing the deposition with the understanding that if I am still in trial, that they will need to be postponed.


Jeff


**Jeff Davis**
Partner | Bradley
jsdavis@bradley.com
d: 713.576.0370



**From:** Amy L. Barrette <amy.barrette@bipc.com>
**Sent:** Tuesday, November 5, 2024 9:38 AM
**To:** Christopher G. Mavros <cgmavros@zarwin.com>; Budner, Michael <MBudner@smbb.com>; Jessica Agger <jagger@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024


Neither I nor Coterra has any control over Mr. Brown's schedule at this point, so I cannot guarantee he will be available during the 12th- 17th, or at any time in December.  If all counsel could give me their availability for the 12th through the 17th, that would be a great start.


**Amy Barrette**

**Shareholder**

(she/her)


Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Christopher G. Mavros <cgmavros@zarwin.com>
**Sent:** Monday, November 4, 2024 2:51 PM
**To:** Amy L. Barrette <amy.barrette@bipc.com>; Budner, Michael <MBudner@smbb.com>; Jessica Agger <jagger@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** Re: Chappell v Precision Forum's request for deposition dates in December 2024

Thanks, Amy.  Would be good to schedule these on the same day if possible.




**Christopher G. Mavros , Esq.**

One Commerce Square

2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042

Main Number: 215-569-2800

 

Direct Dial: 267-765-7341

Direct Fax: 267-765-0346

Email: cgmavros@zarwin.com

ZARWIN BAUM

## Click **here** to visit our **COVID-19 Resource Center**



In order to keep our attorneys and staff safe during the COVID-19 crisis and further to comply with various orders or suggestions from governmental authorities as to remaining closed during that time, Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy has closed all of our offices. Because all attorneys and staff are working remotely, with respect to all of our client matters, including, but not limited to, any

litigation matters, we expect to send all documents (including correspondence, pleadings, and discovery) via e-mail until further notice. Because we may not receive regular mail or other deliveries during this period of time, please e-mail copies of anything you send by regular mail or by overnight or other delivery. Kindly send all e-served and all other documents in your matter or case to the e-mail addresses for any Zarwin Baum attorney who is representing you in your matter or case, or who has communicated with you by e-mail on your matter or case. We appreciate your cooperation in this regard.

THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

**From:** Amy L. Barrette <amy.barrette@bipc.com>
**Sent:** Monday, November 4, 2024 2:29 PM
**To:** Budner, Michael <MBudner@smbb.com>; Christopher G. Mavros <cgmavros@zarwin.com>; Jessica Agger <jagger@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>; Amy L. Barrette <amy.barrette@bipc.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

> **Caution:** This email originated from outside of the Zarwin email system. Do not click on links or open attachments unless you were expecting this email.

Counsel,

      Mr. Estes is available for his deposition on the following dates:  12/12, 12/13, 12/16, or 12/17.  Please confirm by the end of the week whether any of those dates work for you so that we can lock this in place before his schedule changes.  I should have dates for Mr. Brown shortly.

Amy

**Amy Barrette**

**Shareholder**

(she/her)

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Budner, Michael <MBudner@smbb.com>
**Sent:** Friday, November 1, 2024 3:12 PM
**To:** Christopher G. Mavros <cgmavros@zarwin.com>; Amy L. Barrette <amy.barrette@bipc.com>; Jessica Agger <jagger@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: Chappell v Precision Forum's request for deposition dates in December 2024

That's fine with me, as well. Thanks.

## Michael Budner

Partner



**SALTZ MONGELUZZI BENDESKY**
TRIAL LAWYERS

One Liberty Place, 1650 Market Street, 52nd Floor

Philadelphia, PA 19103

+1 215.575.3875 (office) | +1 215.380.9312 (cell)

mbudner@smbb.com | www.smbb.com

**From:** Christopher G. Mavros <cgmavros@zarwin.com>
**Sent:** Friday, November 1, 2024 2:04 PM
**To:** Amy L. Barrette <amy.barrette@bipc.com>; Jessica Agger <jagger@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Budner, Michael <MBudner@smbb.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Chante DePersia <cndepersia@zarwin.com>
**Subject:** Re: Chappell v Precision Forum's request for deposition dates in December 2024

CAUTION: This message originated outside of the SMBB.com email system. Do not click on links or open attachments unless you were expecting this email.

Amy, I am fine with these deps being conducted remotely. Thanks

**Christopher G. Mavros , Esq.**

One Commerce Square
2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042
Main Number: 215-569-2800
Direct Fax: 267-765-0346
Direct Dial: 267-765-7341
Email: cgmavros@zarwin.com



ZARWIN BAUM
DE VITO KAPLAN SCHAER TODDY



## Click **here** to visit our **COVID-19 Resource Center**

In order to keep our attorneys and staff safe during the COVID-19 crisis and further to comply with various orders or suggestions from governmental authorities as to remaining closed during that time, Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy has closed all of our offices. Because all attorneys and staff are working remotely, with respect to all of our client matters, including, but not limited to, any litigation matters, we expect to send all documents (including correspondence, pleadings, and discovery) via e-mail until further notice. Because we may not receive regular mail or other deliveries during this period of time, please e-mail copies of anything you send by regular mail or by overnight or other delivery. Kindly send all e-served and all other documents in your matter or case to the e-mail addresses for any Zarwin Baum attorney who is representing you in your matter or case, or who has communicated with you by e-mail on your matter or case. We appreciate your cooperation in this regard.

THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

**From:** Amy L. Barrette <amy.barrette@bipc.com>

**Sent:** Thursday, October 31, 2024 11:43 AM

**To:** Jessica Agger <jagger@zarwin.com>; Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Budner, Michael <MBudner@smbb.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>; Christopher G. Mavros <cgmavros@zarwin.com>

**Cc:** Chante DePersia <cndepersia@zarwin.com>

**Subject:** Chappell v Precision Forum's request for deposition dates in December 2024

> **Caution:** This email originated from outside of the Zarwin email system. Do not click on links or open attachments unless you were expecting this email.

Counsel,

      Given the holidays, December is not ideal for the depositions, but I will work on dates. There are logistical issues. Mr. Estes's office is in Texas. If he has to travel, that will impact his available dates. Do all counsel agree to conduct his deposition via video? If not, I propose the deposition be held at Buchanan's office in Pittsburgh. This location will be easier for everyone traveling. That beats everyone having to travel to Susquehanna County.

Please let me know as soon as possible.

**Amy Barrette**

**Shareholder**

(she/her)

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219-4413

412 562 1626 (o)

amy.barrette@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Jessica Agger <jagger@zarwin.com>
**Sent:** Thursday, October 31, 2024 8:34 AM
**To:** Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Budner, Michael <MBudner@smbb.com>; Amy L. Barrette <amy.barrette@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Christopher G. Mavros <cgmavros@zarwin.com>; Chante DePersia <cndepersia@zarwin.com>
**Subject:** RE: #44410 Chappell - Discovery Requests

Good Morning Counsel,

We are withdrawing out requests to Cabot. We would like to schedule depositions of Shane

Brown & Frank Estes. Please let me know availability for December.

Thank you!

**Jessica Agger, Paralegal**



One Commerce Square
2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042
Direct Dial:
215.569.2800
Email: jagger@zarwin.com





THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

**From:** Jessica Agger
**Sent:** Friday, October 25, 2024 9:56 AM
**To:** Davis, Jeff <jsdavis@bradley.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Budner, Michael <MBudner@smbb.com>; Amy L. Barrette <amy.barrette@bipc.com>; Howard, Ty <thoward@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; Rubinson, Michelle <mrubinson@smbb.com>; Bell, Andy <abell@bradley.com>; Duffy, Andrew R. <ADuffy@smbb.com>
**Cc:** Christopher G. Mavros <cgmavros@zarwin.com>; Chante DePersia <cndepersia@zarwin.com>
**Subject:** #44410 Chappell - Discovery Requests

Good Morning,

Attached please find Defendant, Forum Tech's discovery requests directed to all parties.

Thank you!



**Jessica Agger, Paralegal**

One Commerce Square
2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042
Direct Dial:
215.569.2800
Email: jagger@zarwin.com





THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

Disclaimer: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication. If you have received this message in error, any review or dissemination is strictly prohibited. Please notify us immediately by e-mail and delete the original message.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this

message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.