# EXHIBIT 8

**From:** Max Dehon <mdehon@smbb.com>
**Sent:** Friday, February 7, 2025 10:16 AM
**To:** jsdavis@bradley.com; Amy L. Barrette <amy.barrette@bipc.com>; Jessica Riddle <jriddle@zarwin.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; thoward@bradley.com; Bell, Andy <abell@bradley.com>; Tara Klingensmith <tara.klingensmith@bipc.com>; 'cgmavros@zarwin.com' <cgmavros@zarwin.com>
**Cc:** Budner, Michael <MBudner@smbb.com>; Duffy, Andrew R. <ADuffy@smbb.com>; Rubinson, Michelle <mrubinson@smbb.com>
**Subject:** Chappell v. Coterra, et al.

All – as previously mentioned, we would like to depose Matt Heaton and Derek Coffey, as well as a designee as discussed with Jeff related to the investigation which we will work with Jeff on. Additionally, we would like to depose Steve Novikowski and am also attaching a designee notice for a Forum representative. We are working with our client on availability to travel to Pennsylvania for her deposition as she needs to arrange travel and childcare.

I believe that based on prior scheduling, we had filled most if not all the mutually available dates of all counsel. Given the above and the likelihood of further individuals being identified, we would like to request an extension of the case management deadlines so that we can get this all done. Please let me know whether or not you consent and would join in our filing.

Thanks and have a great weekend.

--

**Max Dehon**
Attorney

**SALTZ**
**MONGELUZZI**
**BENDESKY**
TRIAL LAWYERS

One Liberty Place, 1650 Market Street, 52nd Floor,
Philadelphia, PA 19103
+1 215.854-2533 (direct) | +1 913.982.7143 (cell)
mdehon@smbb.com | www.smbb.com

Disclaimer: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication. If you have received this message in error, any review or dissemination is strictly prohibited. Please notify us immediately by e-mail and delete the original message.