UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL, as Administrator of the Estate of Delyle Walter Chappell,<br><br>                Plaintiff<br>   v.<br><br>PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC. and FORUM ENERGY SERVICES, INC.,<br><br>                Defendants | CIVIL ACTION<br>NO. 3:23-cv-00604-RDM |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc., in the above-captioned matter.

                                                                  Respectfully submitted,

                                                                  **ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER & TODDY, P.C.**

                By:   /s/ *Chase B. Magaziner*
                        Chase B. Magaziner, Esquire
                        Attorney ID: 322130
                        Attorney for Defendants,
                        Forum Energy Technologies, Inc. and
                        Forum Energy Services, Inc
                        One Commerce Square
                        2005 Market Street, 16th Floor
                        Philadelphia, PA 19103
                        cbmagaziner@zarwin.com
                        (215)569-2800

Date:   April 24, 2025