UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTINA CHAPPELL, as Administrator of the Estate of Delyle Walter Chappell,<br><br>                      Plaintiff<br>    v.<br><br>PRECISION DRILLING CORPORATION, PRECISION DRILLING COMPANY, LP, CABOT OIL & GAS CORPORATION, COTERRA ENERGY, INC., FORUM ENERGY TECHNOLOGIES, INC. and FORUM ENERGY SERVICES, INC.,<br><br>                      Defendants | CIVIL ACTION<br>NO. 3:23-cv-00604-RDM |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc., in the above-captioned matter.

                                          Respectfully submitted,

                                          **ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER & TODDY, P.C.**

By:   /s/ *Brett A Wolfson*
                Brett A. Wolfson, Esquire
                Attorney ID: 82860
                Attorney for Defendants,
                Forum Energy Technologies, Inc. and
                Forum Energy Services, Inc
                One Commerce Square
                2005 Market Street, 16th Floor
                Philadelphia, PA 19103
                bawolfson@zarwin.com
                (215)569-2800

Date:   May 12, 2025