# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant Coterra Energy Inc.'s Response in Opposition to Plaintiff's Motion to Stay Proceedings was filed through the Court's CM/ECF system, which sent notification the following counsel of record:

Andrew R Duffy, Esquire
Michael A. Budner, Esquire
Robert J. Mongeluzzi, Esquire
Max H. Dehon, Esquire
Saltz Mongeluzzi Barrett & Bendesky, PC
One Liberty Place
1650 Market Street, 52ND Floor
Philadelphia, PA 19103
aduffy@smbb.com
mbudner@smbb.com
rjmongeluzzi@smbb.com
mdehon@smbb.com
*Counsel for Plaintiff, Justina Chappell*

Jeffrey S. Davis, Esquire
Ty E. Howard, Esquire
Andrew W. Bell, Esquire
Bradley Arant Boult Cummings
600 Travis Street, Suite 5600
Houston, TX 77002
jsdavis@bradley.com
thoward@bradley.com
abell@bradley.com
*Counsel for Defendant, Precision Drilling Corporation and Precision Drilling Company, LP*

Christopher G. Mavros, Esquire
Chase B. Magaziner, Esquire
Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C.
1818 Market Street
13th Floor
Philadelphia, PA 19103
cgmavros@zarwin.com
cbmagaziner@zarwin.com
*Counsel for Defendants, Forum Energy Technologies, Inc. and Forum Energy Services, Inc.*

_____
Amy L. Barrette