# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTINA CHAPPELL, | : | 3:23CV604 |
| | : | |
| | : | (J. Munley) |
| Plaintiff | : | |
| v. | : | |
| | : | |
| PRECISION DRILLING CORP., et al, | : | |
| Defendants | : | |

## SCHEDULING ORDER

The above civil case is listed for **_Telephonic_ Discovery Conference** on **Friday, May 30, 2025 at 10:00AM** in the chambers of Julia K. Munley.

*Counsel for the Plaintiff shall initiate and place the call to chambers at (570)207-5780.*

**Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys) is required. Copies of the Local Rules are available on the Court's website at www.pamd.uscourts.gov. Failure to comply with the Local Rules may result in the imposition of sanctions.**

                *s/Julia K. Munley*
                JUDGE JULIA K. MUNLEY
Dated: 5/28/25          United States District Court