**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRAVIS J. BING, as Administrator of the ESTATE OF DELYLE WALTER CHAPPELL, deceased, Plaintiff** | : | **No. 3:23cv604** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **PRECISION DRILLING COMPANY, LP; COTERRA ENERGY, INC. f/k/a CABOT OIL & GAS CORPORATION; FORUM ENERGY TECHNOLOGIES; and FORUM ENERGY SERVICES, INC., Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 21st day of September 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Coterra Energy, Inc.'s motion for summary judgment, (Doc. 62), is **GRANTED**;
2) The Clerk of Court is directed to enter judgment in favor of Defendant Coterra and against plaintiff in this matter; and
3) By way of separate order, this matter will be scheduled for a pretrial conference.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**